UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ANASTICIO MARTINEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>647 BRONX CORP., et al.,<br><br>             Defendants. | 24 Civ. 1615 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On March 1, 2024, Plaintiff filed the Complaint. *See* ECF No. 1. On March 19, 2024, and on April 1, 2024, Plaintiff filed proof of service as to Defendants 647 Bronx Corporation and Kharullah Mohammad, respectively. *See* ECF Nos. 8, 9. To date, neither Defendant has appeared.

It is hereby **ORDERED** that Plaintiff shall file a letter on ECF by **June 21, 2024**, describing any communication he has had with Defendants and describing his efforts to provide Defendants with actual notice of this lawsuit. Such letter shall also propose next steps in this litigation, including any default judgment practice, as appropriate.

SO ORDERED.

Dated: June 17, 2024
       New York, New York

                                                      DALE E. HO
                                          United States District Judge