# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                           Facsimile: (212) 317-1620
_____

July 17, 2024

**VIA ECF**

Hon. Judge Dale E. Ho                          Application **GRANTED.**
United States District Judge
Southern District of New York
Thurgood Marshall                              Dale E. Ho
United States Courthouse                       United States District Judge
40 Foley Square                                Dated: July 18, 2024
New York, NY 10007                             New York, New York

                    Re:    <u>Martinez et al v. 647 Bronx Corp. et al</u>
                           1:24-cv-01615

Dear Judge Ho:

This office represents Plaintiff in the above-referenced matter. I write to respectfully request a three-week extension of the deadline to file the default motion, which is currently due on July 19, 2024, per this Court's order dated June 24, 2024. This is the Plaintiff's first request of this kind. If granted, the new deadline to file the default motion would fall on August 9, 2024.

The reason for this extension is that I have spent the previous 3 weeks abroad taking care of a family emergency. Since the situation is returning to normalcy, I fully expect to be able to file the default motion by the new proposed deadline of August 9, 2024.

I apologize for any delays this might cause and thank the Court for its time and consideration regarding this matter.

Respectfully submitted,

*/s/Catalina Sojo*
Catalina Sojo, Esq.
CSM LEGAL, P.C.
*Attorneys for Plaintiff*

*Certified as a minority-owned business in the State of New York*