| Plaintiff | Pay Period | | | | Minimum Wage | | | Paid Wages | | | Unpaid Wages & OT | | | Pre-Judgment Interest | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Weeks | Hours Per Week | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Regular Hourly Pay Rate | Hourly OT Pay Rate | Underpayment Per Week | Total Unpaid Wages & OT | Liq. Damages on Wages & OT | PJI on Wages | Wage Notice |
| Juan Anasticio Martinez | 3/1/2018 | 12/31/2018 | 44 | 60 | $ 12.00 | $ 18.00 | $ 1,225.00 | $ 700.00 | $ 17.50 | $ 26.25 | $ 525.00 | $ 23,100.00 | $ 23,100.00 | $ 12,537.17 | $ 5,000.00 |
| | 1/1/2019 | 12/31/2019 | 52 | 60 | $ 13.50 | $ 20.25 | $ 1,225.00 | $ 700.00 | $ 17.50 | $ 26.25 | $ 525.00 | $ 27,300.00 | $ 27,300.00 | $ 12,558.24 | |
| | 1/1/2020 | 12/31/2020 | 52 | 60 | $ 15.00 | $ 22.50 | $ 1,225.00 | $ 700.00 | $ 17.50 | $ 26.25 | $ 525.00 | $ 27,300.00 | $ 27,300.00 | $ 10,097.87 | |
| | 3/1/2021 | 6/30/2021 | 17 | 54 | $ 15.00 | $ 22.50 | $ 1,152.90 | $ 756.00 | $ 18.90 | $ 28.35 | $ 396.90 | $ 6,747.30 | $ 6,747.30 | $ 1,991.62 | |
| | 9/1/2021 | 8/9/2022 | 49 | 54 | $ 15.00 | $ 22.50 | $ 1,152.90 | $ 756.00 | $ 18.90 | $ 28.35 | $ 396.90 | $ 19,448.10 | $ 19,448.10 | $ 4,328.30 | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | TOTAL: | $ 103,895.40 | $ 103,895.40 | $ 41,513.21 | $ 5,000.00 |

| TOTAL DAMAGES | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NYLL - SOL | 3/3/2018 | | | | | | | | | | | | | | |
| NYLL Amendment Date | 4/9/2011 | | 1 | This chart is based upon preliminary information and the expected testimony of Plaintiffs. | | | | | | | | | | | |
| FLSA - SOL | 3/2/2021 | | 2 | Plaintiffs reserve the right to correct or amend this chart. | | | | | | | | | | | |
| Filing Date | 3/1/2024 | | 3 | This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL. | | | | | | | | | | | |
| Today's Date | 8/9/2024 | | | | | | | | | | | | | | |

| Plaintiff | Pay Period | Claims | | TOTALS |
| | Start | End | Wage Statement | |
|---|---|---|---|---|
| **Juan Anasticio Martinez** | 3/1/2018 | 12/31/2018 | $ 5,000.00 | $ 68,737.17 |
| | 1/1/2019 | 12/31/2019 | | $ 67,158.24 |
| | 1/1/2020 | 12/31/2020 | | $ 64,697.87 |
| | 3/1/2021 | 6/30/2021 | | $ 15,486.22 |
| | 9/1/2021 | 8/9/2022 | | $ 43,224.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | $ 5,000.00 | $ 259,304.01 |
| | | | | |
| | | | | |
| **TOTAL DAMAGES** | | | | |
| | | | | |
| **NYLL - SOL** | 3/3/2018 | | | |
| **NYLL Amendment Date** | 4/9/2011 | | | |
| **FLSA - SOL** | 3/2/2021 | | | |
| **Filing Date** | 3/1/2024 | | | |
| **Today's Date** | 8/9/2024 | | | |
| | | | | |
| | | | | |