UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ANASTICIO MARTINEZ,<br><br>           Plaintiff,<br><br>v.<br><br>647 BRONX CORP., et al.,<br><br>           Defendants. | 24 Civ. 1615 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On March 1, 2024, Plaintiff filed the Complaint.  *See* ECF No. 1.  On March 19, 2024, and on April 1, 2024, Plaintiff filed proof of service as to Defendants 647 Bronx Corporation and Kharullah Mohammad, respectively.  *See* ECF Nos. 8, 9.  To date, neither Defendant has appeared.  In a letter filed on June 21, 2024, Plaintiff stated that when he contacted Defendants' business location, he was "informed by the staff that [Defendant Kharullah Mohammad] had just left the premises and were advised to call back the following day."  *See* ECF No. 13.  On August 9, 2024, Plaintiff filed a motion for default judgment.  *See* ECF No. 26.

It is hereby **ORDERED** that Plaintiff shall file a letter on ECF by **August 16, 2024**, describing any communication he has had with Defendants since filing the June 21, 2024, letter and his efforts to provide Defendants with actual notice of this lawsuit.

SO ORDERED.

Dated: August 12, 2024
       New York, New York

                                                    DALE E. HO
                                        United States District Judge