UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ANASTICIO MARTINEZ,<br><br>                          Plaintiff,<br><br>             v.<br><br>647 BRONX CORP., et al.,<br><br>                         Defendants. | 24 Civ. 1615 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    On August 9, 2024, Plaintiff moved for a default judgment. *See* ECF No. 26.

    It is hereby **ORDERED** that Defendants shall file any opposition to the motion for a default judgment by **August 28, 2024.** If any such opposition is filed, Plaintiff shall file any reply by **September 4, 2024**. The parties shall appear at a conference on **September 11, 2024, at 11:00 A.M. EST** regarding Plaintiff's motion for a default judgment. The parties shall appear by dialing (646) 453 – 4442 and entering the Conference ID: 799 270 575, followed by the pound sign (#). Defendants are apprised that failure to appear at this conference may result in a default judgment being entered against them.

    It is further **ORDERED** that Plaintiff shall serve this order, their motion for a default judgment, and the support papers for the default judgment motion on Defendants via Federal Express to their last known address and file proof of service on ECF by **August 16, 2024.**

    SO ORDERED.

Dated: August 14, 2024
       New York, New York

*[signature]*

DALE E. HO
United States District Judge
