UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Martinez et al,

                            *Plaintiff,*                **Case No. 1:24-cv-01615**

-against-                                              **CERTIFICATE OF SERVICE**

647 Bronx Corp. et al,

                            *Defendants.*
-------------------------------------------------------X

Jose L. Hernandez certifies as follows:

      I am a natural person above the age of eighteen years and am not a party in the above caption action. On August 15, 2024, I mailed copies of the Judge Dale E. Ho Order, dated August 14, 2024 (Docket No.31), along with the default judgment motion and supporting papers (Docket No. 26, 27, and 28) to Defendants via Federal Express to the following:

      647 BRONX CORP.
      (D/B/A KENNEDY CHICKEN)
      647 E Tremont Ave
      Bronx, NY 10457
      Tracking Number: 777998677711

      KHARULLAH MOHAMMAD
      647 E Tremont Ave
      Bronx, NY 10457
      Tracking Number: 777998761060

                                                               */s/ Jose L. Hernandez*
                                                                 JOSE L. HERNANDEZ