UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Martinez et al,

                            *Plaintiff,*              Case No. 1:24-cv-01615

-against-                                      **CERTIFICATE OF SERVICE**

647 Bronx Corp. et al,

                            *Defendants.*
-------------------------------------------------------X

Felipe Gomez certifies as follows:

      I am a natural person above the age of eighteen years and am not a party in the above caption action. On September 13, 2024, I mailed copies of Judge Dale E. Ho's Order (Dkt. No. 33), to Defendants via Federal Express Overnight Delivery to the following:

      647 BRONX CORP.
      (D/B/A KENNEDY CHICKEN)
      647 E Tremont Ave
      Bronx, NY 10457
      Tracking Number: 778576523396

      KHARULLAH MOHAMMAD
      647 E Tremont Ave
      Bronx, NY 10457
      Tracking Number: 778576675937

                                                          *Felipe Gomez*
                                                          Felipe Gomez