UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Martinez et al,

                          *Plaintiff,*        Case No. 1:24-cv-01615

-against-                                    **CERTIFICATE OF SERVICE**

647 Bronx Corp. et al,

                          *Defendants.*
-----------------------------------------------------X

Jessica Dominguez certifies as follows:

I am a natural person above the age of eighteen years and am not a party in the above caption action. On October 1, 2024, I mailed copies of the Inquest Letter (Dkt. No. 37) and the Court Order (Dkt. No. 36) to Defendants 647 Bronx Corp. (d/b/a Kennedy Chicken) and Kharullah Mohammad via First Class Mail at the following addresses:

    647 BRONX CORP.
    (D/B/A KENNEDY CHICKEN)
    647 E Tremont Ave
    Bronx, NY 10457

    KHARULLAH MOHAMMAD
    647 E Tremont Ave
    Bronx, NY 10457

    KHARULLAH MOHAMMAD
    8308 250th St
    Bellerose, NY 11426-2107

                                                          */s/ Jessica Dominguez*
                                                         JESSICA DOMINGUEZ