UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN ANASTICIO MARTINEZ

                                  Plaintiff,

   -against-

647 BRONX CORP. and KHARULLAH MOHAMMAD

                                Defendant.
------------------------------------------------------------------X

Case No.: 24-cv-1615 (DEH) (RFT)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as lead counsel for 647 Bronx Corp., and Kharullah Mohammad.

I certify that I am admitted to practice before this Court.

Dated: Long Island City, New York
       October 11, 2024

STEPHEN D. HANS & ASSOCIATES, P.C.

By:   **/s/Stephen D. Hans**
      Stephen D. Hans (SH-0798)
      30-30 Northern Boulevard, Suite 401
      Long Island City, New York 11101
      Tel: 718.275.6700
      Fax: 718.275.6704
      Email: shans@hansassociates.com