UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ANASTICIO MARTINEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>647 BRONX CORP., ET AL.,<br><br>　　　　　　　　　Defendant. | 24-CV-1615 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　On March 1, 2024, Plaintiff filed his Complaint in the above-captioned matter. ECF No. 1. Defendants did not respond or otherwise make an appearance. On June 26, 2024, the Clerk of Court issued Certificates of Default as to both Defendants. ECF Nos. 22-23. On August 9, 2024, Plaintiff filed a motion for default judgment. ECF No. 26. On August 14, 2024, this Court ordered Defendants to file any opposition to the motion for default judgment by August 28, 2024. ECF No. 31. Defendants did not file an opposition. This Court further ordered Defendants to appear and show cause before this Court on September 11, 2024, why an order should not be issued granting a default judgment against Defendants. *Id.* This Court held a hearing for Plaintiff's application on September 11, 2024, and Defendants failed to appear.

　　On September 13, 2024, this Court issued an Order granting Plaintiff's motion for default judgment. ECF No. 33. On the same day, this Court referred this case to a Magistrate Judge for an Inquest After Default Hearing. ECF No. 34. Nearly one month later, on October 11, 2024, Defendants made an initial appearance requesting the Inquest be postponed. ECF No. 40.

It is hereby ORDERED that the parties shall file a joint status letter by **October 23, 2024**, stating whether they seek referral to the District's mediation program, seek a referral to the Magistrate Judge for a settlement conference, or intend to use the services of a private mediator. The Clerk of Court is respectfully directed to terminate ECF No. 40.

SO ORDERED.

Dated: October 15, 2024
New York, New York

　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　United States District Judge