

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

**STEPHEN D. HANS**
Tel: 718.275.6700
shans@hansassociates.com

October 22, 2024

<u>VIA ECF</u>

Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
40 Folely Square
New York, NY 10007

  Re: <u>Juan Anasticio Martinez v. 647 Bronx Corp and Kharullah Mohammad</u>
    Case No. 24-cv-1615 (DEH)(RFT)

Dear Honorable Magistrate Ho:

  I represent the Defendants in the above- referenced action. In accordance with Your Order of October 16, 2024, the parties have jointly agreed to seek a referral from the District's mediation program.

  We sincerely appreciate the Court's willingness to facilitate this referral and believe that mediation presents an opportunity for all parties involved to engage in meaningful dialogue and work towards an amiable resolution.

  I thank the Court in advance for your consideration in this matter.

           Respectfully Submitted,

           _____
           Stephen D. Hans, Esq. (SH-0798)
           30-30 Northern Boulevard, Suite 401
           Long Island City, New York 11101
           Tel: 718.275.6700
           *Attorneys for the Defendants*