UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINEZ ET AL., <br><br>                    Plaintiffs, <br><br>          v. <br><br> 647 Bronx Corp. et al, <br><br>                    Defendants. | 24-CV-1615 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

**By January 29, 2025**, the parties shall file a joint letter informing the Court as to whether mediation was successful and, if not, proposing next steps for resolving this matter.

SO ORDERED.

Dated: January 7, 2025
       New York, New York

                                                     _____
                                                            DALE E. HO
                                                     United States District Judge