UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JUAN ANASTICIO MARTINEZ,
*individually and on behalf of others similarly situated,*

                        *Plaintiff*,

      -against-

647 BRONX CORP. (D/B/A KENNEDY CHICKEN) and KHARULLAH MOHAMMAD,

                        *Defendants.*
-------------------------------------------------------X

Civil Action No. **1:24-cv-01615**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:    **Stephen D Hans**
        Stephen D. Hans & Associates, P.C.
        30-30 Northern Boulevard
        Suite 401
        Long Island City, NY 11101
        718-275-6700
        Email: shans@hansassociates.com

PLEASE TAKE NOTICE that Plaintiff JUAN ANASTICIO MARTINEZ hereby accepts the offer of judgment made by Defendants 647 BRONX CORP. (D/B/A KENNEDY CHICKEN) and KHARULLAH MOHAMMAD, (collectively "Defendants"), pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated January 22, 2025. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated:  New York, New York
           January 22, 2025

                                                          _____
                                                          Catalina Sojo
                                                          CSM Legal P.C.
                                                          60 East 42nd Street, Suite 4510
                                                          New York, NY 10165
                                                          (212) 317-1200
                                                          *Attorneys for Plaintiff*