UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JUAN ANASTICIO MARTINEZ, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

647 BRONX CORP. (D/B/A KENNEDY CHICKEN) and KHARULLAH MOHAMMAD,

*Defendants.*
---------------------------------------------------------X

Index No.: 1:24-cv-01615

**AFFIRMATION OF SERVICE**

I, Catalina Sojo, an attorney licensed to practice in this state and before this court, affirm under penalty of perjury that (a) on or about January 22, 2025, I accepted service, on behalf of Plaintiff JUAN ANASTICIO MARTINEZ, of the Offer of Judgment, dated January 22, 2025, extended by Defendants 647 BRONX CORP. (D/B/A KENNEDY CHICKEN) and KHARULLAH MOHAMMAD, said Offer of Judgment having been transmitted to me on January 22, 2025, via electronic mail by Defendants' counsel, Stephen D. Hans, Esq., from the electronical mail shans@hansassociates.com; and that (b) on or about January 22, 2025, I served Plaintiff's acceptance of said Offer of Judgment upon the offering Defendants by sending a copy of Plaintiff's acceptance of said offer via electronic mail to the offering Defendants' aforementioned counsel of record at said counsel's aforementioned electronic mail address.

Dated: January 28, 2025

*[signature]*
Catalina Sojo, Esq.
CSM Legal, P.C.
60 East 42nd Street, Ste. 4510
New York, New York 10165
Tel: (212) 317-1200
Email: catalina@csm-legal.com
*Attorneys for Plaintiff*