UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN ANASTICIO MARTINEZ, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

647 BRONX CORP. (D/B/A KENNEDY CHICKEN) and KHARULLAH MOHAMMAD,

*Defendants.*
-----------------------------------------------------------------X

Case No.: 1:24-cv-01615
**JUDGMENT**

## **JUDGMENT**

On January 28, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JUAN ANASTICIO MARTINEZ, has judgment 647 BRONX CORP. (D/B/A KENNEDY CHICKEN) and KHARULLAH MOHAMMAD, jointly and severally, in the amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is respectfully directed to close this case.

Dated: February 4, 2025

New York, New York

_____
DALE E. HO
UNITED STATES DISTRICT JUDGE